# UNITED STATES DISTRICT COURT
for the
District of Vermont

| | |
|---|---|
| JAMIE BONNAR BRIGHT )<br>*Plaintiff(s)* )<br>)<br>v. )<br>)<br>PHILADELPHIA INDEMNITY INSURANCE )<br>COMPANY; JAMES RIEBEN; KRISTINA CUI )<br>)<br>*Defendant(s)* ) | Civil Action No.   2:23-cv-98 |

## JUDGMENT IN A CIVIL ACTION

☐ **Jury Verdict.**

☑ **Decision by Court.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the court's Entry Order (Document No. 40) filed on March 17, 2025, defendant's F.R.C.P. 12(b)(5) Motion to Dismiss (Document No. 33) is DENIED AS MOOT as the court lacks subject matter jurisdiction. This case is DISMISSED under Fed. R. Civ. P. 12(h) without prejudice and without leave to amend.

Date:   March 17, 2025

JUDGMENT ENTERED ON DOCKET
DATE ENTERED:   3/17/2025

*JEFFREY S. EATON*
*CLERK OF COURT*

*/s/ Lisa Wright*
*Signature of Clerk or Deputy Clerk*